UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

                Plaintiff

                              Case No. 2:16-cv-14014-GCS-EAS

                              Hon. George Caram Steeh

DIANNE NECKEL and
CYNTHIA KOSTYSHAK,

                Defendants.
_____/

| David M. Davis (P24006) | Michael J. Gildner (P49732) |
| Attorneys for Plaintiff | Attorneys for Cynthia Kostyshak |
| Hardy, Lewis & Page, P.C. | Simen, Figura & Parker, P.L.C. |
| 401 S. Old Woodward Ave. Suite 450 | 5206 Gateway Centre, Suite 200 |
| Birmingham, MI 48009 | Flint, MI 48507 |
| (248) 645-0800 | (810) 235-9000 |
| dmd@hardylewis.com | mgildner@sfplaw.com |

Dianne Neckel
Pro Se
19737 Seminole
Redford, MI  48240
(313) 255-2674
_____/

**ORDER ALLOWING THE DEPOSIT OF LIFE INSURANCE BENEFITS INTO THE COURT, DISCHARGING METLIFE FROM LIABILITY, AND DISMISSING METLIFE ONLY FROM THIS ACTION**

Upon the reading and filing
Of the parties' Stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that MetLife may deposit into the Registry of the Court group life insurance benefits in the amount of TWELVE THOUSAND FOUR HUNDRED SEVENTY TWO AND 00/100 DOLLARS ($12,472.00)(the "Plan Benefits"), plus any applicable interest, payable under the FCA (Fiat Chrysler Automobiles) US

1

LLC Group Life Insurance Program (the "Plan") by reason of the death of the Plan participant George Simms (the "Decedent" or "Plan participant").

IT IS FURTHER ORDERED that after MetLife deposits the Plan Benefits, plus any applicable interest, into the Registry of the Court in an interest bearing account established by the Court in accordance with Local Court Rule 67.1, the Clerk is authorized to deduct from the account any fee authorized by the Judicial Conference of the United States. In the event the check presented to the Court by MetLife is not a bank check or certified check, before depositing the check into an interest bearing account the Court may hold the check for a period of up to 14 days or until notified that the check has cleared, whichever occurs earlier.

IT IS FURTHER ORDERED that upon the deposit of the Plan Benefits in the amount of TWELVE THOUSAND FOUR HUNDRED SEVENTY TWO AND 00/100 DOLLARS ($12,472.00), plus any applicable interest, by MetLife into the Registry of the Court, MetLife, the Plan, and FCA US LLC shall be fully relieved of and discharged from any and all liability with respect to payment of the life insurance benefits in the amount of TWELVE THOUSAND FOUR HUNDRED SEVENTY TWO AND 00/100 DOLLARS ($12,472.00) (the "Plan Benefits"), plus any applicable interest, payable under the Plan by reason of the death of the Decedent.

IT IS FURTHER ORDERED that the Defendants in this action are enjoined and restrained from instituting any other action in any state or United States court against MetLife, the Plan, and FCA US LLC for recovery of the Plan Benefits or any portion thereof, plus any applicable interest, payable as a consequence of the death of the Decedent.

IT IS FURTHER ORDERED that upon the deposit of the Plan Benefits in the amount of

TWELVE THOUSAND FOUR HUNDRED SEVENTY TWO AND 00/100 DOLLARS ($12,472.00), plus any applicable interest, by MetLife into the Registry of the Court, MetLife is and shall be DISMISSED WITH PREJUDICE from this action and without an award of costs, interest or attorney fees to any party.

                                        s/George Caram Steeh
                                        UNITED STATES DISTRICT JUDGE

Dated: February 3, 2017

Copies sent to:

| David M. Davis (P24006) | Michael J. Gildner (P49732) |
|---|---|
| Attorneys for Plaintiff | Attorneys for Cynthia Kostyshak |
| Hardy, Lewis & Page, P.C. | Simen, Figura & Parker, P.L.C. |
| 401 S. Old Woodward Ave. Suite 450 | 5206 Gateway Centre, Suite 200 |
| Birmingham, MI 48009 | Flint, MI 48507 |
| (248) 645-0800 | (810) 235-9000 |
| dmd@hardylewis.com | mgildner@sfplaw.com |

Dianne Neckel
Pro Se
19737 Seminole
Redford, MI 48240
(313) 255-2674

240793.DOC