UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

        Plaintiff,

-vs-

DIANNE NECKEL and
CYNTHIA KOSTYSHAK,

        Defendant.

Case No. 2:16-cv-14014

Hon. George Caram Steeh

_____

DAVID M. DAVIS (P24006)
JOHN M. BOYDA (P39268)
Attorneys for Plaintiff MetLife
Hardy, Lewis & Page, P.C.
401 S. Old Woodward Avenue, Suite 450
Birmingham, Michigan 48009
(248) 645-0800
dmd@hardylewis.com

TREVOR J. WESTON (P66385)
Attorney for Dianne Neckel
28411 Northwestern Hwy., Ste. 500
Southfield, Michigan 48034
(248) 822-6170

SIMEN, FIGURA & PARKER, P.L.C.
BY:  MICHAEL J. GILDNER (P49732)
Attorney for Cynthia Kostyshak
5206 Gateway Centre, Suite 200
Flint, Michigan 48507
(810) 235-9000
mgildner@sfplaw.com

_____

**ORDER FOR WITHDRAWAL OF FUNDS DEPOSITED BY INTERPLEADER**

The case proceeded to non-jury trial on April 11, 2018. On that date the Court recited its findings of fact and conclusions of law. Based upon the Court's findings on the record on April 11, 2018,

IT IS ORDERED that the Clerk of the Court shall withdraw from the life insurance proceeds deposited in an interest-bearing account with the Clerk of the Court by

1

Metropolitan Life Insurance Company and make payment to Dianne Neckel in the amount of Five Thousand Four Hundred Eighty Nine Dollars and 71/100 ($5,489.71), plus 0% of the interest accrued. The name, address and tax identification number of the recipient are as follows:

>Diane Neckel
>Recipient TIN: 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

The disbursement shall be sent to the following address:

>TREVOR WESTON
>28411 Northwestern Hwy, Suite 500
>Southfield, Michigan 48034

IT IS FURTHER ORDERED that the Clerk of the Court shall withdraw from the life insurance proceeds deposited in an interest-bearing account with the Clerk of the Court by Metropolitan Life Insurance Company and make payment to Cynthia Kostyshak in the amount of Eight Thousand Eight Hundred Fifteen Dollars and 16/100 ($8,815.16), plus 100% of the interest accrued. The name, address and tax identification number of the recipient are as follows:

>Cynthia Kostyshak
>Recipient TIN: xxx-xx-xxxx

The disbursement shall be sent to the law offices of Recipient's attorney whose tax identification number is stated above.

>Simen, Figura & Parker, PLC
>5206 Gateway Centre, Suite 200
>Flint, Michigan 48507
>Recipient TIN: xxx-xx-xxx

IT IS FURTHER ORDERED that the above payments shall be made forthwith.

Date: April 18, 2018              s/George Caram Steeh
                                  Hon. George Caram Steeh

**STIPULATION AS TO ENTRY AND CONTENT OF THE FOREGOING ORDER**

The parties to this cause, by their attorneys, stipulate to entry of this order

/s/ Trevor J. Weston/with permission           /s/Michael J. Gildner
Attorney for Diane Neckel                      Attorney for Cynthia Kostyshak


Prepared by:
    Michael J. Gildner (P49732)
    Attorney for Cynthia Kostyshak